# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0506
_____

ARNOLD H. THOMAS,

Appellant,

v.

SCOTT E. GRUBER,

Appellee.

_____

On appeal from the Circuit Court for Nassau County.
James Daniel, Judge.

July 30, 2019

PER CURIAM.

AFFIRMED. *Noe v. Noe*, 217 So. 3d 196 (Fla. 1st DCA 2017).

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Arnold H. Thomas, pro se, Appellant.

Scott E. Gruber, pro se, Appellee.